ALBANY,
January 1816.

THE PEOPLE
v.
JUDGES &c., OF
GENESEE.

NORTHROP *against* MINTURN.

ERROR, on a *certiorari* to a justice's court.

*Minturn* brought a suit against *Northrop*, on a promissory note given by *Northrop* to *Minturn*, for 25 dollars. The defence was, that the note was given for a gaming debt. In support of the plea, the defendant below produced a witness, who swore, " that, at the time when the note was given, *Minturn* admitted that 8 dollars of the note was for a ball-bill, and the residue for the use of a *billiard table :* but that he knew nothing of *Northrop's* gaming."

There was a verdict and judgment for the plaintiff below, for the whole amount of the note.

*Per Curiam.* Supposing the true construction of the evidence to be, that part of the consideration of the note was for the use of a billiard table, *in playing billiards at the house of Minturn ;* yet, as there is no evidence that *Minturn* then *kept a tavern,* it was not an unlawful contract; there being no evidence that it was for money lost at play.

The judgment below must be affirmed.

*A note given for the use of a billiard table, is not illegal, unless it appear that the person to whom the note was given kept a tavern (1 N. R. L. 178, 179.)*